# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand and thirteen.

Before:    Susan L. Carney,
              *Circuit Judge*.

_____

  Elendow Fund, LLC,
    Plaintiff-Appellant,

  v.

  Rye Investment Management, *et al.*,
    Defendants-Appellees,

  KPMG LLP,
    Defendant.

_____

**ORDER**
Docket No. 13-3642

    Appellees Tremont Partners, Inc., Tremont Group Holdings, Inc., Rye Investment Management, Tremont Capital Management, Inc., Rupert A. Allan, Jim Mitchell and Robert Schulman move for leave to supplement the record on appeal and submit supplemental joint and confidential appendices.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                            For the Court:
                            Catherine O'Hagan Wolfe,
                            Clerk of Court

