# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand and thirteen.

Before:     Ralph K. Winter,
                 *Circuit Judge*.

_____

  Elendow Fund, LLC,
    Plaintiff-Appellant,

  v.                                                 **ORDER**
                                                   Docket No. 13-3642

  Rye Investment Management, *et al.*,
    Defendants-Appellees,

  KPMG LLP,
    Defendant.

_____

    Appellee Rye Select Broad Market XL Fund L.P. moves to extend, through December 30, 2013, the time in which to file its principal brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                   For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

